**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **B&E Aquatics, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0554890** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **889 S. Dwyer Ave.**<br>**Arlington Heights, IL 60005** | **PO Box 366**<br>**Ingleside, IL 60041** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.beaquatics.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter __7__

☐ Check if this an
  amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | Request for Relief, Declaration, and Signatures |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04 / 30 / 2018**
              MM / DD / YYYY

X _~signature~_                                    **James V. Barnes**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**    X    /s/ Bryan R. Bagdady                Date _____
                                 Signature of attorney for debtor              MM / DD / YYYY

**Bryan R. Bagdady**
Printed name

**Corporate & Estate Legal Services, Ltd**
Firm name

**17W220 22nd Street
Suite 410
Oakbrook Terrace, IL 60181**
Number, Street, City, State & ZIP Code

Contact phone  **630.778.9600**    Email address  **bryan@celsinfo.com**

**6184235 IL**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **B&E Aquatics, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  D4/30/2018    x  _James V. Barnes_
                                 Signature of individual signing on behalf of debtor

                                 **James V. Barnes**
                                 Printed name

                                 **President**
                                 Position or relationship to debtor

4/30/18 10:33AM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **B&E Aquatics, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 14:   Signature and Declaration

**WARNING** – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/30/2018

Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **President**

James V. Barnes
Printed name

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Illinois

In re   **B&E Aquatics, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **129**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _04/30/2018_

_James V. Barnes_

**James V. Barnes/President**
Signer/Title

Debtor    **B&E Aquatics, Inc.**
          Name                                                    Case number (*if known*) _____

**7.** **Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    Check one:

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

|  | District _____ | When _____ | Case number _____ |
|---|---|---|---|
|  | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

|  | Debtor _____ | | Relationship _____ |
|---|---|---|---|
|  | District _____ | When _____ | Case number, if known _____ |

Debtor    **B&E Aquatics, Inc.**
_____
Name

Case number (*if known*) _____

---

**11. Why is the case filed in** *this district?*    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Supplies and materials stored in rental locker are not accessible because the account is in arrears.  Locker located at 303 Main Street, Antioch, IL 60002.**

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐  $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **B&E Aquatics, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2018**
                MM / DD / YYYY

X **/s/ James V. Barnes**                            **James V. Barnes**
Signature of authorized representative of debtor     Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Bryan R. Bagdady**                    Date   **April 30, 2018**
Signature of attorney for debtor                     MM / DD / YYYY

**Bryan R. Bagdady**
Printed name

**Corporate & Estate Legal Services, Ltd**
Firm name

**17W220 22nd Street**
**Suite 410**
**Oakbrook Terrace, IL 60181**
Number, Street, City, State & ZIP Code

Contact phone   **630.778.9600**      Email address   **bryan@celsinfo.com**

**6184235 IL**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **B&E Aquatics, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **April 30, 2018** | X */s/ James V. Barnes* |
| | | Signature of individual signing on behalf of debtor |
| | | **James V. Barnes** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

4/30/18 12:47PM

Debtor name     **B&E Aquatics, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $          **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................   $     **395,357.66**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................   $     **395,357.66**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $   **2,361,573.65**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     **57,870.17**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$   **1,538,496.71**

4.  Total liabilities .............................................................................................................................
    Lines 2 + 3a + 3b

| $ | **3,957,940.53** |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **B&E Aquatics, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                                **Current value of
debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)              Type of account         Last 4 digits of account
                                                                                     number

   3.1.  **Final Balance of Checking Account**          **Checking**          _____        $0.00

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                    $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.  **Accounts receivable**

   11b. Over 90 days old:        **9,258.00**   -   **9,258.00**  =....        **Unknown**
                            face amount         doubtful or uncollectible accounts

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **B&E Aquatics, Inc.**                                    Case number *(If known)* _____
         Name

11b. Over 90 days old:    **11,600.00**  -    **11,600.00**  =....    **Unknown**
                      face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    **9,569.00**  -    **0.00**  =....    **$9,569.00**
                      face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    **822.00**  -    822.00  =....    **Unknown**
                      face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    **315,088.66**  -    **0.00**  =....    **$315,088.66**
                      face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    **6,100.80**  -    **6,100.80**  =....    **Unknown**
                      face amount         doubtful or uncollectible accounts

12.    **Total of Part 3.**                                    **$324,657.66**
       Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials miscellaneous pool construction materials and supplies. All materials located at storage facility operated by GB, LLC at 303 Main Street, Antioch, IL 60002. Building 301, Unit 104. Reference Kyle LaReese. Mr. James Barnes estimates that the property has a value of between $10,000 and $50,000.** | | Unknown | N/A | Unknown |

20.    **Work in progress**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **B&E Aquatics, Inc.** | Case number *(If known)* | |
|--------|------------------------|--------------------------|---|
| | Name | | |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                                          **$0.00**

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---------|-----------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---------|-----------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous office equipment as listed on the Book Asset Detail Report for the FYE 12-31-16. | **$0.00** | Liquidation | Unknown |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                                          **$0.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **B&E Aquatics, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2016 Honda Civic EX**<br>**License Z577886**<br>**VIN 19XFC2F74GE013773**<br>**location 889 South Dwyer Ave.,**<br>**Arlington Heights, Il. 60005**<br>**40,000 miles.  Value of $13,800 derived**<br>**from Kelley Blue Book search.** | **Unknown** | **N/A** | **$13,800.00** |
| 47.2. | **2015 Silverado K2500HD**<br>**License 269172D**<br>**VIN 1GC2KUEG9FZ109609**<br>**location 34975 Lake Mathews Trail,**<br>**Ingleside, Il. 60041.**<br>**Value is estimated based upon Kelley**<br>**Blue Book Search**<br><br>**driver - Dan M.** | **Unknown** | | **$27,000.00** |
| 47.3. | **2004 Ford F150**<br>**License 1807590**<br>**driver - Amparo P.**<br>**VIN 1FTPW14524KB97031**<br>**Estimated Value based upon Kelley Blue**<br>**Book Search for Good Condition**<br>**Location. 422 South Villa Ave, Addison,**<br>**Il. 60101.**<br>**Mileage exceeds 150k** | **Unknown** | **N/A** | **$3,000.00** |
| 47.4. | **2004 Chevrolet Silverado K1500**<br>**License 1938421**<br>**VIN 2GCEK19T041104677**<br>**Location 422 South Villa Ave, Addison,**<br>**Il. 60101**<br>**Comparable values taken from**<br>**Edmunds website**<br>**mileage est. 150k** | **Unknown** | **Comparable sale** | **$5,000.00** |
| 47.5. | **2005 Ford F250 Super Duty Diesel**<br>**License 375655D**<br>**VIN 1FTSX20P45EA86517**<br>**location 6792 Sundown Lane, Yorkville,**<br>**Il. 60560**<br>**Estimated Value taken from Kelley Blue**<br>**Book Search**<br>**mileage est. 150k** | **Unknown** | | **$3,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **B&E Aquatics, Inc.** | | Case number *(If known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.6. | **2005 Ford F250 Super Duty**<br>**License 300235D**<br>**VIN 1FTSW21P25EC49604**<br>**Driver - Marty**<br>**miles - exceeds 100,000** | **Unknown** | **N/A** | **$6,000.00** |
| 47.7. | **2008 Honda Odessy EXL**<br>**driven by Cole Eshleman**<br>**VIN 5FNRL38736B076274**<br>**location 2976 West Forest Road,**<br>**Freeport, IL 61032**<br>**Estimated value based upon Kelley Blue**<br>**Book trade-in search**<br><br>**mileage 110,000** | **Unknown** | | **$5,500.00** |
| 47.8. | **2006 Ford F350 Super Duty**<br>**license 255817D**<br>**VIN 1FTWW33P16ED23228**<br>**location 3101 Grove Ave., Waukegan, Il.**<br>**60085**<br>**Estimated Value based upon Kelley Blue**<br>**Book Search**<br>**driver - Alejandro R.**<br>**mileage est 150k** | **Unknown** | **N/A** | **$3,400.00** |
| 47.9. | **2007 Chevrolet Silverado K2500HD**<br>**license 398847D**<br>**VIN 1GBHK29U37E170806**<br>**location W3279 South Lake Shore Drive,**<br>**Linn, Wi 53147**<br>**Estimated Value based upon Kelley Blue**<br>**Book Search**<br>**driver Adam R.** | **Unknown** | **N/A** | **$4,000.00** |
| 47.10<br>· | **2004 Doolittle Trailer**<br>**VIN 1DGCS2022M057079**<br>**location 303 Main St., Antioch, Il. 60002** | **$0.00** | | **Unknown** |
| 47.11<br>· | **2005 Load Trail Trailer**<br>**License 58026TE**<br>**VIN 4ZECF202151730991**<br>**location 304 Main St., Antioch, Il. 60002** | **$0.00** | | **Unknown** |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Small John Deere 110 backhoe**<br>**VIN LV0110T21181** | **Unknown** | | **Unknown** |

| Debtor | **B&E Aquatics, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Miscellaneous Other Fixtures and Equipment as shown on the Book Asset Detail report for the FYE 12-31-16 | $0.00 | Liquidation | Unknown |
|---|---|---|---|
| miscellaneous hand tools and materials contained in the various trucks used by the debtor in its business. No inventory of such tools and materials exists, but debtor believes that tools and materials are contained in the vehicles as they were not | $0.00 | | $0.00 |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $70,700.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes Fill in the information below.

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor      **B&E Aquatics, Inc.**                                    Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $324,657.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $70,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $395,357.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $395,357.66 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **B&E Aquatics, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Chase Auto Finance**<br>Creditor's Name<br><br><br>PO Box 9001083<br>Louisville, KY 40290<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2016 Honda Civiv Loan**<br>Last 4 digits of account number<br>**1609**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2016 Honda Civic EX**<br>**License Z577886**<br>**VIN 19XFC2F74GE013773**<br>**location 889 South Dwyer Ave., Arlington Heights, Il. 60005**<br>**40,000 miles.  Value of $13,800 derived from Kelley Blue Book search.**<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,863.68 | $13,800.00 |
| **2.2 Granite Re, Inc.**<br>Creditor's Name<br><br>14001 Quailbrook Drive<br>Oklahoma City, OK 73134<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**Notice of Default December 19, 2017** | Describe debtor's property that is subject to a lien<br>**Agreement of Indemnity Lien on all plant and material used on VJS Construction-St. Augustine Prepatory Academy Project**<br><br>Describe the lien<br>**Common Law Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $340,897.30 | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **B&E Aquatics, Inc.**
_____
Name

Case number (*if know*)   _____

**Last 4 digits of account number**
**889B**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **1. Granite Re, Inc.** | ☐ Disputed |
| **2. Granite Re, Inc.** | |

---

| 2.3 | **Granite Re, Inc.** | | **Describe debtor's property that is subject to a lien** | **$53,524.71** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**miscellaneous pool construction materials and supplies.  All materials located at storage facility operated by GB, LLC at 303 Main Street, Antioch, IL 60002. Building 301, Unit 104.  Reference Kyle LaReese.  Mr. James Barnes estimates that**

**14001 Quailbrook Drive**
**Oklahoma City, OK 73134**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Notice Feb 28, 2018**

**Last 4 digits of account number**
**359B**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.4 | **Granite Re, Inc.** | **Describe debtor's property that is subject to a lien** | **$8,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Misc. business property and supplies.**

**14001 Quailbrook Drive**
**Oklahoma City, OK 73134**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 13, 2018 Notice of Bond Forfeiture**

**Last 4 digits of account number**
**359B**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Granite Re, Inc.** | **Describe debtor's property that is subject to a lien** | **$26,000.00** | **Unknown** |
|---|---|---|---|---|

Debtor    **B&E Aquatics, Inc.**
_____
Name    Case number (*if known*) _____

_____
Creditor's Name    **Misc Business Property**

**14001 Quailbrook Drive**
**Oklahoma City, OK 73134**
_____
Creditor's mailing address    **Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?

■ No
☐ Yes
_____
Creditor's email address, if known    Is anyone else liable on this claim?

■ No
**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**April 24, 2018**
**Last 4 digits of account number**
**luid**    **As of the petition filing date, the claim is:**
**Do multiple creditors have an**    Check all that apply
**interest in the same property?**    ☐ Contingent
■ No    ☐ Unliquidated
☐ Yes. Specify each creditor,    ☐ Disputed
including this creditor and its relative
priority.

---

| 2.6 | **Ricoh, USA** | Describe debtor's property that is subject to a lien | | Unknown | $500.00 |

Creditor's Name    **two ten year old computers and a**
**printer/copier**
**PO Box 802815**
**Chicago, IL 60680**
_____
Creditor's mailing address    **Describe the lien**
**Non-Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes
_____
Creditor's email address, if known    Is anyone else liable on this claim?

■ No
**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**    **As of the petition filing date, the claim is:**
**Do multiple creditors have an**    Check all that apply
**interest in the same property?**    ☐ Contingent
■ No    ☐ Unliquidated
☐ Yes. Specify each creditor,    ☐ Disputed
including this creditor and its relative
priority.

---

| 2.7 | **The Plumbers Local Union No. 130 UA** | Describe debtor's property that is subject to a lien | | Unknown | Unknown |

Creditor's Name    **Debtor is not aware that this UCC was**
**renewed or extended.  Expiration 1-18-18**
**31855 N. U.S. Highway 12**
**Volo, IL 60073**
_____
Creditor's mailing address    **Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?

■ No
☐ Yes
_____
Creditor's email address, if known    Is anyone else liable on this claim?

■ No
**Date debt was incurred**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**01/18/2013**
**Last 4 digits of account number**
**6840**    **As of the petition filing date, the claim is:**
**Do multiple creditors have an**    Check all that apply
**interest in the same property?**

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 8

Debtor   **B&E Aquatics, Inc.**
Name                                            Case number (if know) _____

■ No                           ■ Contingent
☐ Yes. Specify each creditor,   ■ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| 2.8 | **US Bank** | Describe debtor's property that is subject to a lien | $0.00 | $27,000.00 |

Creditor's Name

**2015 Silverado K2500HD**
**License 269172D**
**VIN 1GC2KUEG9FZ109609**
**location 34975 Lake Mathews Trail, Ingleside,**
**Il. 60041.**
**Value is estimated based upon Kelley Blue**
**Book Search**

**PO Box 790179**       **driver - Dan M.**
**Saint Louis, MO 63179**
Creditor's mailing address      **Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known   ■ No
                                 ☐ Yes
                                 **Is anyone else liable on this claim?**
**Date debt was incurred**        ■ No
                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                           ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.9 | **US Bank** | Describe debtor's property that is subject to a lien | $0.00 | $4,000.00 |

Creditor's Name

**2007 Chevrolet Silverado K2500HD**
**license 398847D**
**VIN 1GBHK29U37E170806**
**location W3279 South Lake Shore Drive, Linn,**
**Wi 53147**
**Estimated Value based upon Kelley Blue**
**Book Search**

**PO Box 790179**       **driver Adam R.**
**Saint Louis, MO 63179**
Creditor's mailing address      **Describe the lien**
                                 **Purchase Money Security**
                                 **Is the creditor an insider or related party?**
Creditor's email address, if known   ■ No
                                 ☐ Yes
                                 **Is anyone else liable on this claim?**
**Date debt was incurred**        ■ No
                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**chevy truck loan**
**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                           ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 8

| Debtor | **B&E Aquatics, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| 2.1 0 | **West Suburban Bank** | Describe debtor's property that is subject to a lien | $623,713.22 | Unknown |
|---|---|---|---|---|

**West Suburban Bank**
Creditor's Name

**711 S. Westmore/Meyers Road**
**Lombard, IL 60148**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Over 90 days old: Unpaid invoice 1179C-7 on City of Correctionville, Iowa Contract.**

**Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**loan date 10-20-17**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8553**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. West Suburban Bank**
**2. West Suburban Bank**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **West Suburban Bank** | Describe debtor's property that is subject to a lien | $97,574.74 | Unknown |
|---|---|---|---|---|

**West Suburban Bank**
Creditor's Name

**711 S. Westmore/Meyers Road**
**Lombard, IL 60148**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Over 90 days old: Unpaid invoice 1179C-7 on City of Correctionville, Iowa Contract.**

**Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**10-20-17**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8642**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **West Suburban Bank** | Describe debtor's property that is subject to a lien | $200,000.00 | Unknown |
|---|---|---|---|---|

**West Suburban Bank**
Creditor's Name

**711 S. Westmore/Meyers Road**
**Lombard, IL 60148**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Inventory and Equipment**

**Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

---

| Debtor | **B&E Aquatics, Inc.** | Case number (if know) | |
| | Name | | |

**Date debt was incurred**

**Loan Date 3-21-13**

**Last 4 digits of account number**
**3041**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 3 | **West Suburban Bank** | Describe debtor's property that is subject to a lien | $1,000,000.00 | Unknown |

| | Creditor's Name | **Miscellaneous office equipment as listed on the Book Asset Detail Report for the FYE 12-31-16.** | | |

**711 S. Westmore/Meyers Road**
**Lombard, IL 60148**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**Loan Date 07-20-2016**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6083**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **West Suburban Bank** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

| | Creditor's Name | **Miscellaneous Other Fixtures and Equipment as shown on the Book Asset Detail report for the FYE 12-31-16** | | |

**711 S. Westmore/Meyers Road**
**Lombard, IL 60148**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **West Suburban Bank** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

---

| Debtor | **B&E Aquatics, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | |
|---|---|
| **711 S. Westmore/Meyers Road** <br> **Lombard, IL 60148** | **Over 90 days old: A/R on Joliet Park District.** <br> **Invoice 1249-1 dated June 21, 2016.** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $2,361,573.65

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chicago Tile Institute** <br> **660 North Industrial Drive** <br> **#102** <br> **Elmhurst, IL 60126** | Line **2.4** | **359B** |
| **Giagnorio & Robertelli, Ltd** <br> **130 S. Bloomingdale Road** <br> **P.O. Box 726** <br> **Bloomingdale, IL 60108-0726** | Line **2.11** | **8642** |
| **Giagnorio & Robertelli, Ltd.** <br> **130 S. Bloomingdale Rd.** <br> **P.O. Box 726** <br> **Bloomingdale, IL 60108** | Line **2.10** | **0265** |
| **Gregorio Marco, Ltd.** <br> **Two North LaSalle Street** <br> **Suite 1650** <br> **Chicago, IL 60602** | Line **2.3** | **8728** |
| **J. Ryan Bonding, Inc.** <br> **P.O. Box 465** <br> **Hudson, WI 54016** | Line **2.2** | |
| **Jason Fels, V.P.** <br> **711 S. Westmore/Meyers road** <br> **Lombard, IL 60148** | Line **2.10** | **8642** |
| **Jason Fels, V.P.** <br> **711 S. Westmore/Meyers road** <br> **Lombard, IL 60148** | Line **2.11** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **B&E Aquatics, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Kevin P. Henrichs**
**VJS Construction Services**
**W233 N2847 Roundy Circle West**
**Pewaukee, WI 53072**

Line __2.2__

**889B**

**Theresa Kiper**
**Granite Re, Inc.**
**14001 Quailbrook Drive**
**Oklahoma City, OK 73134**

Line __2.2__

**Fill in this information to identify the case:**

Debtor name   **B&E Aquatics, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Department of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201-0039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,560.02**   Priority amount **$1,560.02**

Date or dates debt was incurred
**Balance due 4-16-18**

Basis for the claim:
**payroll taxes**

Last 4 digits of account number **4890**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Department of Workforce**
**Development**
**Division of Unemployment**
**Insurance**
**PO Box 78960**
**Milwaukee, WI 53278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,221.62**   Priority amount **Unknown**

Date or dates debt was incurred

**March 31, 2018**

Basis for the claim:
**Wisconsin UCT-101 and UC 7823**
**Unemployment Insurance for First Quarter 2018.**
**FEIN 20-0554890.**

Last 4 digits of account number **0005**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | B&E Aquatics, Inc. | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | |

---

| 2.3 | Priority creditor's name and mailing address<br>**Illinois Department of Employment S**<br>**2 Smoke Tree Plaza**<br>**North Aurora, IL 60542** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,149.85** | **Unknown** |
| | Date or dates debt was incurred<br>**March 31, 2018** | Basis for the claim:<br>**UI-3/40 Illinois Unemployment Insurance contributions.** | | |
| | Last 4 digits of account number **6313**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,104.65** | **$1,104.65** |
| | Date or dates debt was incurred<br>**2017-2018** | Basis for the claim:<br>**taxes** | | |
| | Last 4 digits of account number **0000**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,175.33** | **Unknown** |
| | Date or dates debt was incurred<br>**April 30, 2018** | Basis for the claim:<br>**Payroll Return - IL-941** | | |
| | Last 4 digits of account number **0000**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address<br>**Illinois Dept. Employment Security**<br>**33 South State Street**<br>**10th Floor**<br>**Chicago, IL 60603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,149.06** | **Unknown** |
| | Date or dates debt was incurred<br>**2017-2018** | Basis for the claim:<br>**unemployment insurance** | | |
| | Last 4 digits of account number **6313**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **B&E Aquatics, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 2.7 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**Cincinnati, OH 45999-0005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,055.76** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**April 30, 2018** | Basis for the claim:<br>**941 for period ending 03-31-18** | | |
| | Last 4 digits of account number **4890**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Laborer's Pension Fund and Health**<br>**11465 Cermak Road**<br>**Westchester, IL 60154** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2017-2018** | Basis for the claim:<br>**employee benefit fund** | | |
| | Last 4 digits of account number **4679**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Wisconsin Department of Revenue**<br>**PO Box 930931**<br>**Milwaukee, WI 53293** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,707.64** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade debt** | | |
| | Last 4 digits of account number **9363**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Wisconsin Department of Revenue**<br>**PO Box 930931**<br>**Milwaukee, WI 53293** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,746.24** | **$1,746.24** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**March 31, 2018** | Basis for the claim:<br>**Withholding.  FEIN 20-0554890.** | | |
| | Last 4 digits of account number **0005**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

  **3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **B&E Aquatics, Inc.** | |
|---|---|---|
| | Name | |
| | | Case number (if known) _____ |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,931.00 |
|---|---|---|---|
| | **Ace Material Placing, Inc.**<br>PO Box 930337<br>Verona, WI 53593 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,632.53 |
|---|---|---|---|
| | **Adaptor, Inc.**<br>2151 S 54th St<br>West Allis, WI 53219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2017__ | Basis for the claim: __trade receivable__ | |
| | Last 4 digits of account number __B&E Aquatic__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,966.41 |
|---|---|---|---|
| | **Agsco Corporation**<br>160 West Hintz Road<br>Wheeling, IL 60090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor contract__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,966.41 |
|---|---|---|---|
| | **Agsco Corporation**<br>160 West Hintz Road<br>Wheeling, IL 60090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2017__ | Basis for the claim: __trade debt__ | |
| | Last 4 digits of account number __EAQ1__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,576.00 |
|---|---|---|---|
| | **Airgas**<br>6055 Rockside Woods Blvd<br>Independence, OH 44131 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2017__ | Basis for the claim: __trade debt__ | |
| | Last 4 digits of account number __9246__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Amalgamated Financial Group**<br>105 White Oak Lane<br>Old Bridge, NJ 08857 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __copier__ | |
| | Last 4 digits of account number __4685__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,475.71 |
|---|---|---|---|
| | **American Chartered Bank**<br>PO Box 790408<br>Saint Louis, MO 63179 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __bank loan__ | |
| | Last 4 digits of account number __8850__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **B&E Aquatics, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,480.62** |
|---|---|---|---|

**Aqua Pure Enterprises**
**1404 Joliet Road**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __vendor contract__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74.54** |
|---|---|---|---|

**BHFX Imaging**
**80 West Seegers Road**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __not known__

Basis for the claim: __trade debt__

Last 4 digits of account number __1413__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bolen Robinson & Ellis LLP**
**202 South Franklin**
**2nd Floor**
**Decatur, IL 62523**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: _

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,634.02** |
|---|---|---|---|

**Bray Sales Midwest**
**PO Box 203815**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __vendor contract__

Last 4 digits of account number __0121__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Building Trades United Pension Trus**
**PO Box 530**
**020090, WI 53122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __trade debt__

Last 4 digits of account number __0090__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$327.35** |
|---|---|---|---|

**Bulldog Cartage**
**26150 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __vendor contract__

Last 4 digits of account number __4040__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$106,140.41** |
|---|---|---|---|

**Bushnell, Inc**
**3270 Eagle Way**
**Chicago, IL 60678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __vendor contract__

Last 4 digits of account number __B&E__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B&E Aquatics, Inc.** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.15** | Nonpriority creditor's name and mailing address
**Carrico Aquatic Resources**
**720 N. Parkway**
**Jefferson, WI 53549**

Date(s) debt was incurred **2017**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$411.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Cement Masons Local 502**
**739 S. 25th Ave**
**Bellwood, IL 60104**

Date(s) debt was incurred **Judgment 12-21-17**

Last 4 digits of account number **6907**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,183.98**

---

**3.17** | Nonpriority creditor's name and mailing address
**Chicago Tile Institute**
**660 North Industrial Drive**
**#102**
**Elmhurst, IL 60126**

Date(s) debt was incurred **April 13, 2018**

Last 4 digits of account number **359B**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Claim for fringe contributions to laborers. Claim paid by Granite Re Inc on March 27, 2018. See check 17328.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**Chicago Tile Institute Welfare Plan**
**660 North Industrial Drive**
**#102**
**Elmhurst, IL 60126**

Date(s) debt was incurred **January 30, 2018**

Last 4 digits of account number **320**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor contract**
**Chicago Tile Institute v. B&E, case 17cv8728 - judgment entered Citation Notice Issued**

Is the claim subject to offset? ■ No ☐ Yes

**$53,524.71**

---

**3.19** | Nonpriority creditor's name and mailing address
**Chilstrom Erecting Corp**
**4100 West Lincoln Ave.**
**Milwaukee, WI 53215**

Date(s) debt was incurred **_**

Last 4 digits of account number **6881**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor contract**

Is the claim subject to offset? ■ No ☐ Yes

**$28,853.55**

---

**3.20** | Nonpriority creditor's name and mailing address
**Cincinatti Insurance Company**
**PO Box 14529**
**Cincinnati, OH 45250**

Date(s) debt was incurred **2017**

Last 4 digits of account number **4288**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$11,016.00**

---

**3.21** | Nonpriority creditor's name and mailing address
**Columbia Pipe & Supply**
**23671 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred **2017**

Last 4 digits of account number **4140**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | B&E Aquatics, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.73 |
|---|---|---|---|

**Combined Pool and Spa**
**4444 South York Street**
**Correctionville, IA 51016**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171.61 |
|---|---|---|---|

**ComEd**
**PO Box 6111**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **8083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,900.00 |
|---|---|---|---|

**Commercial Recreation Specialists**
**807 Liberty Drive**
**Ste 101**
**Verona, WI 53593**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,912.00 |
|---|---|---|---|

**Common Sense Solutions**
**200  W 22nd St.**
**Ste 202**
**Lombard, IL 60148**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,837.00 |
|---|---|---|---|

**Corkhill Insurance Agency**
**25 Northwest Point Blvd.**
**Suite 625**
**Elk Grove Village, IL 60007**

Date(s) debt was
incurred  **Statement dated 1-23-18**

Last 4 digits of account number  **UA01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **insurance and insurance brokerage services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,546.00 |
|---|---|---|---|

**Crest Precast**
**8158 Industrial Drive**
**Barneveld, WI 53507**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.50 |
|---|---|---|---|

**Daltile**
**1601 Pratt Blvd.**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __

Last 4 digits of account number  **6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B&E Aquatics, Inc.** | | | |
| | Name | | Case number *(if known)* | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175.85**

**Fastenal Co**
**PO Box 978**
**Winona, MN 55987**

Date(s) debt was incurred __**2017**__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**vendor contract**__
**ILWAU1504, ILWHE2410, ILMCH0271, ILCHA20006, SDRA10625,**
**WIBEL1872, WIMI41643, IASIU2280, ILADD0673, WIMIW2610,**
**ILPLA0523**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,245.00**

**Ferguson Enterprises, Inc.**
**Corporate Cerations Network**
**350 S. Northwest Highway #300**
**Park Ridge, IL 60068**

Date(s) debt was
incurred __**demand letter dated 3-16-18**__

Last 4 digits of account number __**3577**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**trade debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,006.00**

**First Insurance Funding**
**450 Skokie Blvd.**
**Northbrook, IL 60062**

Date(s) debt was incurred __**2017**__

Last 4 digits of account number __**9490**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Insurance.  See First Insurance Notice of Cancellation**__
__**dated March 23, 2018.  Re Cincinnati Specialty Underwriters and**__
__**Princeton Excess and Surplus Lines.**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,841.00**

**Fountain People Inc.**
**4600 HWY 123**
**San Marcos, TX 78667**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**vendor contract**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**GB, LLC**
**303 Main Street**
**Antioch, IL 60002**

Date(s) debt was incurred __**2017**__

Last 4 digits of account number __**B&E Aquatics**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**trade debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gilco Scaffolding Company**
**515 Jarvis Ave.**
**Des Plaines, IL 60018**

Date(s) debt was incurred __**2017**__

Last 4 digits of account number __**0603**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**trade debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,761.25**

**Grundman-Hicks LLC**
**PO Box 927**
**Cherokee, IA 51012**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**vendor contract**__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B&E Aquatics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,258.68 |
|---|---|---|---|

**Halogen Supply Co**
4653 West Lawrence Ave
Chicago, IL 60630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor contract**

Last 4 digits of account number  **5488**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,723.00 |
|---|---|---|---|

**Hawkins, Inc.**
2381 Rosegate
Roseville, MN 55113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **3184,0879**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.00 |
|---|---|---|---|

**HD Supply Waterworks**
1830 Craig Park Court
Saint Louis, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **0827**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,215.00 |
|---|---|---|---|

**Homestead Electrical Contracting**
27839 W. Concrete Drive
Ste A
Ingleside, IL 60041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **B&E Aquatics**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,527.00 |
|---|---|---|---|

**ICW Group**
PO Box 509039
San Diego, CA 92150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **4901**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.73 |
|---|---|---|---|

**Illinois Tollway**
2700 Ogden Ave
Downers Grove, IL 60515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **6414**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,811.52 |
|---|---|---|---|

**Indelco Plastics Corp**
6530 Cambridge Street
Minneapolis, MN 55426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **EA01**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B&E Aquatics, Inc.** | |
|---|---|---|
| | Name | |

Case number (if known) _____

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$751.25** |
|---|---|---|---|

**Inlays Inc.**
**3333 Commodity Lane**
**Green Bay, WI 54304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **5488**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**J. Ryan Bonding**
**PO Box 465**
**Hudson, WI 54016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **B&E Aquatics**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Kiefer**
**1700 Kiefer Drive**
**Zion, IL 60099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **9734**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,275.00** |
|---|---|---|---|

**Mueller & Co., LLP**
**1707 North Randall Rd.**
**St. 200**
**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **0600**

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,634.00** |
|---|---|---|---|

**Natural Structures**
**PO Box 270**
**Baker City, OR 97814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **p146**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,160.37** |
|---|---|---|---|

**Neptune Benson/Evoqua**
**6 Jefferson Drive**
**Coventry, RI 02816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **B&EAQU**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,735.00** |
|---|---|---|---|

**Northern Filter Media**
**2509 Pettibone Ave.**
**Muscatine, IA 52761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **B&E Aquatics**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | B&E Aquatics, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179,941.00 |
|---|---|---|---|

**Northern Illinois Terrazzo & Tile C**
**1125 N. Second Street**
**Rockford, IL 61107**

Date(s) debt was incurred  **POC Nov 3, 2017**

Last 4 digits of account number  **889B**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **St. Augustine Pool Project.**
**Note that this claim was asserted against the bonding company,**
**Granite Re**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Northern Metalwork**
**1502 Majestic Way East**
**Twin Lakes, WI 53181**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,105.05 |
|---|---|---|---|

**Northwest Pipe and Fittings**
**PO Box 920**
**Rapid City, SD 57709**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **2831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.24 |
|---|---|---|---|

**Nothern Iowa Construction Products**
**PO Box 631**
**Cedar Falls, IA 50613**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **B & E AQUATICS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,230.00 |
|---|---|---|---|

**OKEH Electric Company**
**825 University Drive**
**Arlington Heights, IL 60004**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **B & E AQUATICS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $466.88 |
|---|---|---|---|

**Oracle**
**PO Box 71028**
**Chicago, IL 60694**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,633.80 |
|---|---|---|---|

**Paddock Pool Equipment**
**555 Paddock Parkway**
**Rock Hill, SC 29731**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **1004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **B&E Aquatics, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.57** | Nonpriority creditor's name and mailing address
**Patino Pools & Pump Service**
**40W709 Plank Road**
**Hampshire, IL 60140**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **B&E Aquatics**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30,869.00**

---

**3.58** | Nonpriority creditor's name and mailing address
**Petti Murphy & Associates**
**State Bank of Geneva Professional C**
**22 South 4th Street, Suite 2**
**Geneva, IL 60134**

Date(s) debt was incurred  **12-20-17**

Last 4 digits of account
number **Re: B&E Aquatics, Inc**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$172.20**

---

**3.59** | Nonpriority creditor's name and mailing address
**Pipe Fitters Local 597**
**45 N. Ogden Ave**
**Chicago, IL 60607**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **7620**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.60** | Nonpriority creditor's name and mailing address
**Plumber's Local 130, UA**
**1340 W. Washington Blvd.**
**3rd Floor**
**Chicago, IL 60607**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **B&E Aquatics**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.61** | Nonpriority creditor's name and mailing address
**Plumbing & Heating Wholesale**
**PO Box 294**
**Sioux Center, IA 51250**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **3549**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,119.65**

---

**3.62** | Nonpriority creditor's name and mailing address
**Porte Brown**
**845 Oakton Street**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **1841**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,300.00**

---

**3.63** | Nonpriority creditor's name and mailing address
**Porter Pipe & Supply**
**35049 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred  _

Last 4 digits of account number  **4040**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,312.00**

---

| Debtor | **B&E Aquatics, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,967.32** |
|---|---|---|---|

**Pro-Tech Coring**
**1913 North Kelly Ave.**
**Joliet, IL 60435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Prominent Fluid Controls**
**RIDC Park West**
**Pittsburgh, PA 15275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade debt.  See demand letter from ProMinent to Granite Re, Inc. dated April 19, 2018.**

Last 4 digits of account number  **3144**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.70** |
|---|---|---|---|

**Quill Corporation**
**PO Box 37600**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6414**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,062.35** |
|---|---|---|---|

**Ramaker & Associates**
**1120 Dallas Street**
**Sauk City, WI 53583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,895.00** |
|---|---|---|---|

**Rams Contracting, Ltd.**
**PO Box 398**
**Lannon, WI 53046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade debt.**
**Note that this claim was asserted against the bonding company, Granite Re.**

Last 4 digits of account number  **B&E Aquatics**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reactive Solutions**
**3940 W. Touhy Ave**
**Lincolnwood, IL 60712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **BE Aquatics**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,071.40** |
|---|---|---|---|

**Recreonics, Inc.**
**PO Box 35310**
**Louisville, KY 40232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7625**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **B&E Aquatics, Inc.** | | |
|---|---|---|---|
| | Name | | |

Case number (if known) _____

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,734.08** |
|---|---|---|---|

**Ricoh, USA**
**PO Box 802815**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1668**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,629.21** |
|---|---|---|---|

**Schaefges Brothers**
**851 Seton Ct.**
**Ste 2A**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **B&E Aquatics**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$770.50** |
|---|---|---|---|

**Sigma Group**
**1300 West Canal Street**
**Milwaukee, WI 53233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **1262**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,370.00** |
|---|---|---|---|

**Spear Corporation**
**12966 North CR 50W**
**Roachdale, IN 46172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4697**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stuckey Construction Company**
**2020 N. Lewis Avenue**
**Waukegan, IL 60087-4722**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Termination Letter 3-1-18**

Basis for the claim:  **Burlington Community Pool contract**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$902.44** |
|---|---|---|---|

**Sunbelt Rentals**
**1907 S. Busse Rd.**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **trade debt**

Last 4 digits of account number  **5826**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,022.92** |
|---|---|---|---|

**Thomas Pump**
**2301 East Liberty Street**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **E100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **B&E Aquatics, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,073.60** |
|---|---|---|---|
| | **Travelers CL Remittance Center**<br>**PO Box 660317**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$277.14** |
|---|---|---|---|
| | **United Rentals**<br>**6125 Lakeview Rd**<br>**St. 300**<br>**Charlotte, NC 28269** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | | |
| | Last 4 digits of account number **3527** | Basis for the claim: **trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.50** |
|---|---|---|---|
| | **University of Illinois**<br>**Parking Department**<br>**1201 W. University Ave.**<br>**Urbana, IL 61801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **B&E Aquatics** | Basis for the claim: **parking citation** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **UPS**<br>**55 Glenlake Parkway NE**<br>**Atlanta, GA 30328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | | |
| | Last 4 digits of account number **9U18** | Basis for the claim: **trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310,496.00** |
|---|---|---|---|
| | **VJS Construction Services**<br>**W233 N2847 Roundy Circle West**<br>**Pewaukee, WI 53072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **December 19, 2017**<br>**Notice of Default** | Basis for the claim: **Notice of Default on St. Augustine Preparatory Academy. Project #1170270** | |
| | Last 4 digits of account number **889B** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|
| | **W-T Civil Engineering**<br>**2675 Pratum Ave**<br>**Hoffman Estates, IL 60192** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017-2018** | | |
| | Last 4 digits of account number **2451** | Basis for the claim: **trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **B&E Aquatics, Inc.** | | |
|---|---|---|---|
| | Name | | |

Case number *(if known)* _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bret A. Rappaport**<br>**Hardt, Stern & Kayne, P.C.**<br>**2610 Lake Cook Road #200**<br>**Riverwoods, IL 60015** | Line **3.14**<br><br>☐ Not listed. Explain ____ | **1665** |
| 4.2 | **Bricklayers and Allied Craftworkers**<br>**660 North Industrial Drive**<br>**#102**<br>**Elmhurst, IL 60126** | Line **3.18**<br><br>☐ Not listed. Explain ____ | **8728** |
| 4.3 | **Ceramic Tile and Terrazzo Local 21**<br>**660 North Industrial Drive**<br>**#102**<br>**Elmhurst, IL 60126** | Line **3.18**<br><br>☐ Not listed. Explain ____ | **8728** |
| 4.4 | **Chicago Tile Institute Pension Plan**<br>**660 North Industrial Drive**<br>**#102**<br>**Elmhurst, IL 60126** | Line **3.18**<br><br>☐ Not listed. Explain ____ | **8728** |
| 4.5 | **Corkhill Insurance Agency**<br>**25 Northwest Point Blvd.**<br>**Elk Grove Village, IL 60007** | Line **3.20**<br><br>☐ Not listed. Explain ____ | **4288** |
| 4.6 | **Department of Workforce Development**<br>**Division of Unemployment**<br>**PO Box 7945**<br>**Madison, WI 53707** | Line **2.9**<br><br>☐ Not listed. Explain ____ | **0005** |
| 4.7 | **Donald D. Schwartz**<br>**Arnold and Kadjan, LLP**<br>**35 E. Wacker Drive, Suite 600**<br>**Chicago, IL 60601** | Line **3.16**<br><br>☐ Not listed. Explain ____ | **6907** |
| 4.8 | **Ferguson Enterprises, Inc.**<br>**884 S. Rohlwing Rd**<br>**Addison, IL 60101** | Line **3.30**<br><br>☐ Not listed. Explain ____ | **3577** |
| 4.9 | **Granite Re, Inc.**<br>**14001 Quailbrook Drive**<br>**Oklahoma City, OK 73134** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Granite Re, Inc.**<br>**14001 Quailbrook Drive**<br>**Oklahoma City, OK 73134** | Line **3.82**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Grant R. Piechocinski**<br>**Gregorio & Marco**<br>**Two N. LaSalle Street, Suite 1650**<br>**Chicago, IL 60602** | Line **3.18**<br><br>☐ Not listed. Explain ____ | **8728** |
| 4.12 | **Illinois Department of Employment S**<br>**2 Smoke Tree Plaza**<br>**North Aurora, IL 60542** | Line **2.6**<br><br>☐ Not listed. Explain ____ | **6313** |
| 4.13 | **Kevin M. Murphy, President**<br>**12500 Jefferson Ave**<br>**Newport News, VA 23602** | Line **3.30**<br><br>☐ Not listed. Explain ____ | **3577** |

4/30/18 12:47PM

| Debtor | **B&E Aquatics, Inc.** | | |
|---|---|---|---|
| | Name | | |

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Manion Stigger LLP**<br>**20 N.W. First Street**<br>**Suite 200**<br>**Evansville, IN 47708** | Line __3.74__<br><br>☐ Not listed. Explain ____ | __1163__ |
| 4.15 | **Mark A. Kirkorsky, P.C.**<br>**P.O. Box 25287**<br>**Tempe, AZ 85285** | Line __3.30__<br><br>☐ Not listed. Explain ____ | __3577__ |
| 4.16 | **Northern Illinois Terrazzo & Tile C**<br>**John Robert D'Agnolo II**<br>**1125 North Second Street**<br>**Rockford, IL 61107** | Line __3.50__<br><br>☐ Not listed. Explain ____ | __889B__ |
| 4.17 | **Patrick LaCassa**<br>**Cement Masons' Union Local 502**<br>**739 S. 25th Avenue**<br>**Bellwood, IL 60104** | Line __3.16__<br><br>☐ Not listed. Explain ____ | __6907__ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 57,870.17 |
| 5b. Total claims from Part 2 | 5b.  + | $ 1,538,496.71 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 1,596,366.88 |

**Fill in this information to identify the case:**

Debtor name   **B&E Aquatics, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **City of Correctionville, Iowa.** **A/R owed in the sum of $9,258.63** **Swimming Pool** **Address is 819 8th Street, Correctionville, Iowa 51016** | |
| | State the term remaining | **Funds held based on punchlist** | **City of Correctionville** **P.O. Box 46** **Correctionville, IA 51016** |
| | List the contract number of any government contract | **City of Correctionville, Iowa** | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **General Agreement of Indemnity with Granite Re, Inc. and/or BancInsure, Inc. dated May 10, 2004.** | |
| | State the term remaining | **no stated term** | **Granite Re, Inc.** **14001 Quailbrook Drive** **Oklahoma City, OK 73134** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **A/R owed in the sum of $11,600.** | |
| | State the term remaining | | **Joliet Park District** **3000 W. Jefferson Street** **Joliet, IL 60435** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **A/R Acct balance $9,569.17.** | |
| | State the term remaining | **Contract Terminated 3-9-18** | **Ricchio, Inc.** **1017 Vista Drive** **Gurnee, IL 60031** |
| | List the contract number of any | **Traer Municipal** | |

| Debtor 1 | **B&E Aquatics, Inc.** | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | **Swimming Pool** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Construction contract for work for Stuckey Construction Co., as the owner. Contract #17049-001.  The Project is shown as the Libertyville High School and Project N: 1187L.  Architect is identified as Counsilmann/Hunsaker & Associates, 10733 Sunset Office Drive, St. Louis, MO 63127-1018** | |
| | State the term remaining | **contract cancelled 03-01-18** | **Stuckey Construction Company 2020 North Lewis Waukegan, IL 60087** |
| | List the contract number of any government contract | **Libertyville High School** | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Burlington Community Pool.  Stuckey Construction Contract #17022-001.** | |
| | State the term remaining | **Contract Terminated 3-1-18** | **Stuckey Construction Company 2020 N. Lewis Avenue Waukegan, IL 60087-4722** |
| | List the contract number of any government contract | **Burlington Community Pool** | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract Agreement between Debtor and VJS Construction Services pertaining to St. Augustine Preparatory Academy located at 2607 S. 5th Street, Milwaukee, WI 53207.  Project No.: 1170270 dated 09/28/2016 for Swimming Pool.** | |
| | State the term remaining | **not known** | **VJS Construction Services W233 N2847 Round Circle West Pewaukee, WI 53072** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **B&E Aquatics, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Cole Eshleman** | **1814 Valleyview Drive**<br>**Freeport, IL 61032**<br>**GRIL1739B, Claim 3390 Chicago Tile**<br>**Institute Welfare Trust payment for $8000** | **Granite Re, Inc.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Cole Eshleman** | **1814 Valleyview Drive**<br>**Freeport, IL 61032** | **Granite Re, Inc.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Cole Eshleman** | **1814 Valleyview Drive**<br>**Freeport, IL 61032** | **Granite Re, Inc.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Cole M.<br>Eshleman** | **2976 W. Forest Road**<br>**Freeport, IL 61032**<br>**personal guarantee** | **West Suburban Bank** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor | **B&E Aquatics, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| ▮ **Additional Page to List More Codebtors** | | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
| Column 1: **Codebtor** | | Column 2: **Creditor** |

| | | | | |
|---|---|---|---|---|
| 2.6 | Cole M. Eshleman | 2976 W. Forest Road<br>Freeport, IL 61032 | West Suburban Bank | ▮ D  **2.11**<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Cole M. Eshleman | 2976 W. Forest Road<br>Freeport, IL 61032 | West Suburban Bank | ▮ D  **2.12**<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Cole M. Eshleman | 2976 W. Forest Road<br>Freeport, IL 61032 | West Suburban Bank | ▮ D  **2.13**<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Daniel McDonough | 26124 Lakeview Ave<br>Ingleside, IL 60041<br>identified in an abundance of caution. Mr. McDonough was listed as a guarantor in earlier dated bank documents. Upon information and belief he did not sign the guarantee and was not in later bank documents. | West Suburban Bank | ▮ D  **2.10**<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | James Barnes | 889 S. Dwyer Ave<br>Arlington Heights, IL 60005<br>Demand letter dated April 13, 2018, regarding Bond No GRIL1739B on Claim 3390 for $8,000 | Granite Re, Inc. | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | James V. Barnes | 889 S. Dwyer Ave.<br>Arlington Heights, IL 60005<br>personal guarantee | West Suburban Bank | ▮ D  **2.10**<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | James V. Barnes | 889 S. Dwyer Ave.<br>Arlington Heights, IL 60005 | West Suburban Bank | ▮ D  **2.11**<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **B&E Aquatics, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.13 **James V. Barnes** — **889 S. Dwyer Ave.** **Arlington Heights, IL 60005** — **West Suburban Bank**
- ■ D  **2.12**
- ☐ E/F ____
- ☐ G ____

2.14 **James V. Barnes** — **889 S. Dwyer Ave.** **Arlington Heights, IL 60005** — **West Suburban Bank**
- ■ D  **2.13**
- ☐ E/F ____
- ☐ G ____

2.15 **James V. Barnes** — **889 S. Dwyer Ave.** **Arlington Heights, IL 60005** **Granite Re letter 01-05-18 makes demand upon Jim and Janet Barnes for VJS Construction Services claim of $173,755 at St. Augustine Preparatory Academy.** — **Granite Re, Inc.**
- ■ D  **2.2**
- ☐ E/F ____
- ☐ G ____

2.16 **James V. Barnes** — **889 S. Dwyer Ave.** **Arlington Heights, IL 60005** — **Granite Re, Inc.**
- ■ D  **2.4**
- ☐ E/F ____
- ☐ G ____

2.17 **Janet L. Barnes** — **889 S. Dwyer Ave** **Arlington Heights, IL 60005** **Notice served by Granite Re on James and Janet Barnes.  Not believed to be Janet Barnes' correct address.** — **Granite Re, Inc.**
- ■ D  **2.2**
- ☐ E/F ____
- ☐ G ____

2.18 **Janet L. Barnes** — **889 S. Dwyer Ave** **Arlington Heights, IL 60005** — **Granite Re, Inc.**
- ■ D  **2.4**
- ☐ E/F ____
- ☐ G ____

2.19 **Patricia Eshleman** — **1814 Valleyview Drive** **Freeport, IL 61032** **demand letter issued to Patricia Eshleman on April 13, 2018 on Bond No. GRIL1739B, Claim 3390 Chicago Tile Institute Welfare Trust** — **Granite Re, Inc.**
- ☐ D ____
- ☐ E/F ____
- ☐ G ____

| Debtor | **B&E Aquatics, Inc.** | Case number *(if known)* |
|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.20 | **Patricia Eshleman** | **1814 Valleyview Drive Freeport, IL 61032** | **Granite Re, Inc.** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.21 | **Patricia Eshleman** | **1814 Valleyview Drive Freeport, IL 61032** | **Granite Re, Inc.** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **B&E Aquatics, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$98,309.61** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$2,958,728.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$4,270,646.00** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **B&E Aquatics, Inc.** _____

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Cement Masons Local 502**<br>**739 S. 25th Ave**<br>**Bellwood, IL 60104** | | $5,183.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  <u>**Judgment citation case**</u><br><u>**17C6907**</u><br><u>**Citation filed 1-11-18 and**</u><br><u>**returned on 1-24-18**</u> |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Stuckey Construction Company**<br>**2020 N. Lewis Avenue**<br>**Waukegan, IL 60087-4722** | **Cancelled Contract on Libertyville High School Pool. Contract 17049-001.  B&E invoice 1186B-04.**<br>Last 4 digits of account number:   <u>9001</u> | **March 1, 2018** | $171,876.69 |
| **Stuckey Construction Company**<br>**2020 N. Lewis Avenue**<br>**Waukegan, IL 60087-4722** | **Cancelled Contract for Burlington Community Pool.  Contract #17002-001. B&E invoice 1186B-03.**<br>Last 4 digits of account number:   <u>2001</u> | **March 1, 2018** | $90,378.36 |
| **Stuckey Construction Company**<br>**2020 N. Lewis Avenue**<br>**Waukegan, IL 60087-4722** | **Contract Terminated.  Invoice 1186B-02 issued and unpaid.  Invoice date 11-30-17; due 12-30-17.**<br>Last 4 digits of account number:   <u>     </u> | **Creditor issued notice on March 1, 2018 that is was not paying B&E invoices.** | $52,833.61 |

Debtor    **B&E Aquatics, Inc.**

Case number *(if known)* _____

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Ricchio, Inc.**<br>**12010 128th Street**<br>**Kenosha, WI 53142** | **Ricchio terminated the contract with B&E and refused to pay invoice 1182T-3 in the sum of $9,569.17 representing sums due for completed work.  Invoice was originally due on the date of 10-15-17.**<br><br>Last 4 digits of account number:    1182 | | $9,569.00 |

---

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Trustees of the Cement Masons Pension Fund v. B&E Aquatics, Inc.**<br>**17 C 6907** | **claim for amounts due following audit for $1,820, for 15% liquidated damaes of $273, late charges of $312, and audit costs of $1,294. Default Judgment entered 12-21-17.** | **U.S. Northern District Illinois**<br>**219 S. Dearborn Street**<br>**Chicago, IL 60601** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.  **Chicago Tile Institute Welfare Plan, Chicago Tile Institute Pension Plan, Ceramic Tile and Terrazzo Local 21 B.A.C. Annuity Plan, Bricklayers and Allied Craftworkers Local No 21 v. B&E Aquatics**<br>**17 cv 8728** | **Action for monies due on fringe benefit compliance audit. Judgment entered on January 30, 2018.  Citation to Discover Assets Filed March 20, 2018.** | **U.S. Northern District of Illinois**<br>**219 S. Dearborn**<br>**Judge Kennelly**<br>**Chicago, IL 60601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **West Suburban Bank v. B&E Aquatics, Inc., James V. Barnes, and Cole Eshleman**<br>**2018 L 291** | **Suit for Breach of Contract, breach of guaranty, Replevin, and Detinue.  Loans ending in 8553 and 8642.** | **Circuit Court of the Eighteenth Judicial**<br>**505 N. County Farm Rd.**<br>**Wheaton, IL 60187** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Bushnell, Inc. v. B&E Aquatics, Inc and James V. Barnes**<br>**2018 M3 1665** | **Breach of Contract, Account Stated, and action against James Barnes for baesed upon failure to maintain corporate formalities** | **Circuit Court of Cook County**<br>**2121 Euclid Ave**<br>**Room 121**<br>**Rolling Meadows, IL 60008** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **B&E Aquatics, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Spear Corporation v. B&E Aquatics, Inc.**<br>**18 SC 1520** | **Breach of Contract**<br>**Suit for $6370** | **Circuit Court of Kane County**<br>**Kane County Courthouse**<br>**100 South Third Street**<br>**Geneva**<br>**Geneva, IL 60134** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Corporate & Estate Legal Services, Ltd**<br>**17W220 22nd Street**<br>**Suite 410**<br>**Oakbrook Terrace, IL 60181** | **Attorney Fees for preparation of corporate governance documents authorizing bk filing and analysis of secured creditors/personal guarantees relating to shareholders. Check 16623.** | **February 14, 2018** | **$1,674.75** |
| | Email or website address<br>**bryan@celsinfo.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

Debtor    **B&E Aquatics, Inc.**                                                        Case number *(if known)* _____

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2758 US Hwy 34 STE B-321 Oswego, IL 60543** | **until 2017** |
| 14.2. | **PO Box 366 Ingleside, IL 60041** | **until 2018** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

---

| Debtor | **B&E Aquatics, Inc.** | | Case number *(if known)* | |

☑ No Go to Part 10.
☐ Yes. Fill in below:

<table>
<tr><td>Part 10:</td><td>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</td></tr>
</table>

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **GB, LLC**<br>**303 Main Street**<br>**Antioch, IL 60002** | **James V. Barnes.**<br>**Keepad entry system and all employees know the access code.** | **miscellaneous equipment, tools, and construction supplies.  Do not have access to the facility because the bill is in arrears.** | ☐ No<br>☑ Yes |

<table>
<tr><td>Part 11:</td><td>Property the Debtor Holds or Controls That the Debtor Does Not Own</td></tr>
</table>

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

<table>
<tr><td>Part 12:</td><td>Details About Environment Information</td></tr>
</table>

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Debtor   **B&E Aquatics, Inc.**                                    Case number *(if known)* _____

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Mueller, CPA**<br>**1707 N. Randall Road**<br>**Suite 200**<br>**Elgin, IL 60123** | **2006-2018 - service for most of the years, but not continuous uninterupted service.** |
| 26a.2. | **Tonya McDonough**<br>**34975 Lake Matthews Trail**<br>**Ingleside, IL 60041** | **Bookkeeper for the last three years.** |
| 26a.3. | **Dianne Jackson**<br>**4708 Wheeler Rd**<br>**Yorkville, IL 60560** | **bookkeeper more than 3 years ago.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **B&E Aquatics, Inc.**

Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Cement Masons Local 502<br>739 S. 25th Ave<br>Bellwood, IL 60104** | **Cement Masons reviewed books and records of company to determine contributions owed to Local 502.  Debtor does not have a record of when the reviews were conducted.  This information is disclosed in an abundance of caution in the event that such review is determined to be an audit.** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Chicago Tile Institute Welfare Plan<br>660 North Industrial Drive<br>#102<br>Elmhurst, IL 60126** | **The Chicago Tile Institute conducted reviews of debtors books and records to determine contributions that may be owed to the Plan.  This information is disclosed in an abundance of caution in the event that such review is determined to be an audit.  Dates of reviews are not know.** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **B&E Aquatics, Inc.**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.3.   **Corkhill Insurance Agency**<br>**25 Northwest Point Blvd.**<br>**Suite 625**<br>**Elk Grove Village, IL 60007** | **Corkhill is an insurance agency. Debtors books and records were reviewed by various insurance company representatives concerning premium due or owing.  Debtor does not know the persons performing such reviews or the dates of such reviews. Information pertaining to such matters would be held by the insurance agency. This information is disclosed in an abundance of caution in the event that such review is determined to be an audit.** |
| Name and address | Date of service From-To |
| 26b.4.   **Mueller & Co., LLP**<br>**1707 North Randall Rd.**<br>**St. 200**<br>**Elgin, IL 60123** | **Mueller and Co., LLP is the accountant for debtor.  They have reviewed the books and records of the debtor in order to file tax related matters and to conduct year end reviews.  Upon information and belief they have not performed an audit.** |

Debtor   **B&E Aquatics, Inc.**

Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.5.   **Pipe Fitters Local 597**<br>**45 N. Ogden Ave**<br>**Chicago, IL 60607** | **The Pipe Fitters Local 597 conducted reviews of debtors books and records to determine contributions that may be owed to the Plan.  This information is disclosed in an abundance of caution in the event that such review is determined to be an audit.  Dates of reviews are not know.** |

| Name and address | Date of service From-To |
|---|---|
| 26b.6.   **Plumber's Local 130, UA**<br>**1340 W. Washington Blvd.**<br>**3rd Floor**<br>**Chicago, IL 60607** | **The Plumber's Local 130 conducted reviews of debtors books and records to determine contributions that may be owed to the Plan.  This information is disclosed in an abundance of caution in the event that such review is determined to be an audit.  Dates of reviews are not know.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **J. Ryan Bonding, Inc.**<br>**2920 Enloe Street**<br>**Suite 103**<br>**Hudson, WI 54016-8191** |
| 26d.2.   **Granite Re, Inc.**<br>**14001 Quailbrook Drive**<br>**Oklahoma City, OK 73134** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **B&E Aquatics, Inc.**                                        Case number *(if known)*

| Name and address |
|---|
| 26d.3.    **West Suburban Bank**<br>**711 S. Westmore/Meyers Road**<br>**Lombard, IL 60148** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Barnes | 889 South Dwyer Ave<br>Arlington Heights, IL 60005 | Resigned as President in February of 2018.  Currently 50% shareholder. | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cole Eshleman | 2976 W. Forest Road<br>Freeport, IL 61032 | Shareholder and corporate secretary | 50% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Pension Fund & Health<br>11465 Cermak Rd., Westchester, IL 60154 | EIN:    not known |

Debtor    **B&E Aquatics, Inc.**

Case number *(if known)*

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Plumber's Local 130, UA**<br>**1340 W. Washington Blvd., 3rd Floor,**<br>**Chicago, IL 60607** | EIN:    **not known** |
| **Chicago Tile Institute Welfare Plan**<br>**660 N. Industrial Drive, #102, Elmhurst, IL 60126** | EIN:    **not known** |
| **Pipe Fitter's Local 597**<br>**45 N. Ogden Ave., Chicago, IL 60607** | EIN:    **not known** |
| **Laborer's Pension Fund and Health and Welfare** | EIN:    **not known** |
| **Cement Masons Local 502** | EIN:    **not known** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2018**

**/s/ James V. Barnes**

Signature of individual signing on behalf of the debtor

**James V. Barnes**

Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re __B&E Aquatics, Inc._____   Case No. _____
Debtor(s)                          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |
|---|---|
| For legal services, I have agreed to accept | $ 3,656.00 |
| Prior to the filing of this statement I have received | $ 3,656.00 |
| Balance Due | $ 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| __April 30, 2018_____ | __/s/ Bryan R. Bagdady_____ |
|---|---|
| *Date* | **Bryan R. Bagdady** |
|   | *Signature of Attorney* |
|   | **Corporate & Estate Legal Services, Ltd** |
|   | **17W220 22nd Street** |
|   | **Suite 410** |
|   | **Oakbrook Terrace, IL 60181** |
|   | **630.778.9600** |
|   | **bryan@celsinfo.com** |
|   | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **B&E Aquatics, Inc.**                          Case No.

                                       Debtor(s)       Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **128**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **April 30, 2018**                           **/s/ James V. Barnes**

                                                    **James V. Barnes**/**President**
                                                    Signer/Title

Ace Material Placing, Inc.
PO Box 930337
Verona, WI 53593


Adaptor, Inc.
2151 S 54th St
West Allis, WI 53219


Agsco Corporation
160 West Hintz Road
Wheeling, IL 60090


Airgas
6055 Rockside Woods Blvd
Independence, OH 44131


Amalgamated Financial Group
105 White Oak Lane
Old Bridge, NJ 08857


American Chartered Bank
PO Box 790408
Saint Louis, MO 63179


Aqua Pure Enterprises
1404 Joliet Road
Romeoville, IL 60446


BHFX Imaging
80 West Seegers Road
Arlington Heights, IL 60005


Bolen Robinson & Ellis LLP
202 South Franklin
2nd Floor
Decatur, IL 62523


Bray Sales Midwest
PO Box 203815
Dallas, TX 75320


Bret A. Rappaport
Hardt, Stern & Kayne, P.C.
2610 Lake Cook Road #200
Riverwoods, IL 60015

Bricklayers and Allied Craftworkers
660 North Industrial Drive
#102
Elmhurst, IL 60126


Building Trades United Pension Trus
PO Box 530
020090, WI 53122


Bulldog Cartage
26150 Network Place
Chicago, IL 60673


Bushnell, Inc
3270 Eagle Way
Chicago, IL 60678


Carrico Aquatic Resources
720 N. Parkway
Jefferson, WI 53549


Cement Masons Local 502
739 S. 25th Ave
Bellwood, IL 60104


Ceramic Tile and Terrazzo Local 21
660 North Industrial Drive
#102
Elmhurst, IL 60126


Chase Auto Finance
PO Box 9001083
Louisville, KY 40290


Chicago Tile Institute
660 North Industrial Drive
#102
Elmhurst, IL 60126


Chicago Tile Institute Pension Plan
660 North Industrial Drive
#102
Elmhurst, IL 60126

Chicago Tile Institute Welfare Plan
660 North Industrial Drive
#102
Elmhurst, IL 60126


Chilstrom Erecting Corp
4100 West Lincoln Ave.
Milwaukee, WI 53215


Cincinatti Insurance Company
PO Box 14529
Cincinnati, OH 45250


City of Correctionville
P.O. Box 46
Correctionville, IA 51016


Cole Eshleman
1814 Valleyview Drive
Freeport, IL 61032


Cole M. Eshleman
2976 W. Forest Road
Freeport, IL 61032


Columbia Pipe & Supply
23671 Network Place
Chicago, IL 60673


Combined Pool and Spa
4444 South York Street
Correctionville, IA 51016


ComEd
PO Box 6111
Carol Stream, IL 60197


Commercial Recreation Specialists
807 Liberty Drive
Ste 101
Verona, WI 53593

Common Sense Solutions
200 W 22nd St.
Ste 202
Lombard, IL 60148


Corkhill Insurance Agency
25 Northwest Point Blvd.
Suite 625
Elk Grove Village, IL 60007


Corkhill Insurance Agency
25 Northwest Point Blvd.
Elk Grove Village, IL 60007


Crest Precast
8158 Industrial Drive
Barneveld, WI 53507


Daltile
1601 Pratt Blvd.
Elk Grove Village, IL 60007


Daniel McDonough
26124 Lakeview Ave
Ingleside, IL 60041


Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0039


Department of Workforce Development
Division of Unemployment Insurance
PO Box 78960
Milwaukee, WI 53278


Department of Workforce Development
Division of Unemployment
PO Box 7945
Madison, WI 53707


Donald D. Schwartz
Arnold and Kadjan, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601

Fastenal Co
PO Box 978
Winona, MN 55987


Ferguson Enterprises, Inc.
Corporate Cerations Network
350 S. Northwest Highway #300
Park Ridge, IL 60068


Ferguson Enterprises, Inc.
884 S. Rohlwing Rd
Addison, IL 60101


First Insurance Funding
450 Skokie Blvd.
Northbrook, IL 60062


Fountain People Inc.
4600 HWY 123
San Marcos, TX 78667


GB, LLC
303 Main Street
Antioch, IL 60002


Giagnorio & Robertelli, Ltd
130 S. Bloomingdale Road
P.O. Box 726
Bloomingdale, IL 60108-0726


Giagnorio & Robertelli, Ltd.
130 S. Bloomingdale Rd.
P.O. Box 726
Bloomingdale, IL 60108


Gilco Scaffolding Company
515 Jarvis Ave.
Des Plaines, IL 60018


Granite Re, Inc.
14001 Quailbrook Drive
Oklahoma City, OK 73134

Grant R. Piechocinski
Gregorio & Marco
Two N. LaSalle Street, Suite 1650
Chicago, IL 60602


Gregorio Marco, Ltd.
Two North LaSalle Street
Suite 1650
Chicago, IL 60602


Grundman-Hicks LLC
PO Box 927
Cherokee, IA 51012


Halogen Supply Co
4653 West Lawrence Ave
Chicago, IL 60630


Hawkins, Inc.
2381 Rosegate
Roseville, MN 55113


HD Supply Waterworks
1830 Craig Park Court
Saint Louis, MO 63146


Homestead Electrical Contracting
27839 W. Concrete Drive
Ste A
Ingleside, IL 60041


ICW Group
PO Box 509039
San Diego, CA 92150


Illinois Department of Employment S
2 Smoke Tree Plaza
North Aurora, IL 60542


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794

Illinois Dept. Employment Security
33 South State Street
10th Floor
Chicago, IL 60603


Illinois Tollway
2700 Ogden Ave
Downers Grove, IL 60515


Indelco Plastics Corp
6530 Cambridge Street
Minneapolis, MN 55426


Inlays Inc.
3333 Commodity Lane
Green Bay, WI 54304


Internal Revenue Service
Cincinnati, OH 45999-0005


J. Ryan Bonding
PO Box 465
Hudson, WI 54016


J. Ryan Bonding, Inc.
P.O. Box 465
Hudson, WI 54016


James Barnes
889 S. Dwyer Ave
Arlington Heights, IL 60005


James V. Barnes
889 S. Dwyer Ave.
Arlington Heights, IL 60005


Janet L. Barnes
889 S. Dwyer Ave
Arlington Heights, IL 60005


Jason Fels, V.P.
711 S. Westmore/Meyers road
Lombard, IL 60148

Joliet Park District
3000 W. Jefferson Street
Joliet, IL 60435


Kevin M. Murphy, President
12500 Jefferson Ave
Newport News, VA 23602


Kevin P. Henrichs
VJS Construction Services
W233 N2847 Roundy Circle West
Pewaukee, WI 53072


Kiefer
1700 Kiefer Drive
Zion, IL 60099


Laborer's Pension Fund and Health
11465 Cermak Road
Westchester, IL 60154


Manion Stigger LLP
20 N.W. First Street
Suite 200
Evansville, IN 47708


Mark A. Kirkorsky, P.C.
P.O. Box 25287
Tempe, AZ 85285


Mueller & Co., LLP
1707 North Randall Rd.
St. 200
Elgin, IL 60123


Natural Structures
PO Box 270
Baker City, OR 97814


Neptune Benson/Evoqua
6 Jefferson Drive
Coventry, RI 02816

Northern Filter Media
2509 Pettibone Ave.
Muscatine, IA 52761


Northern Illinois Terrazzo & Tile C
1125 N. Second Street
Rockford, IL 61107


Northern Illinois Terrazzo & Tile C
John Robert D'Agnolo II
1125 North Second Street
Rockford, IL 61107


Northern Metalwork
1502 Majestic Way East
Twin Lakes, WI 53181


Northwest Pipe and Fittings
PO Box 920
Rapid City, SD 57709


Nothern Iowa Construction Products
PO Box 631
Cedar Falls, IA 50613


OKEH Electric Company
825 University Drive
Arlington Heights, IL 60004


Oracle
PO Box 71028
Chicago, IL 60694


Paddock Pool Equipment
555 Paddock Parkway
Rock Hill, SC 29731


Patino Pools & Pump Service
40W709 Plank Road
Hampshire, IL 60140


Patricia Eshleman
1814 Valleyview Drive
Freeport, IL 61032

Patrick LaCassa
Cement Masons' Union Local 502
739 S. 25th Avenue
Bellwood, IL 60104


Petti Murphy & Associates
State Bank of Geneva Professional C
22 South 4th Street, Suite 2
Geneva, IL 60134


Pipe Fitters Local 597
45 N. Ogden Ave
Chicago, IL 60607


Plumber's Local 130, UA
1340 W. Washington Blvd.
3rd Floor
Chicago, IL 60607


Plumbing & Heating Wholesale
PO Box 294
Sioux Center, IA 51250


Porte Brown
845 Oakton Street
Elk Grove Village, IL 60007


Porter Pipe & Supply
35049 Network Place
Chicago, IL 60673


Pro-Tech Coring
1913 North Kelly Ave.
Joliet, IL 60435


Prominent Fluid Controls
RIDC Park West
Pittsburgh, PA 15275


Quill Corporation
PO Box 37600
Philadelphia, PA 19101

Ramaker & Associates
1120 Dallas Street
Sauk City, WI 53583


Rams Contracting, Ltd.
PO Box 398
Lannon, WI 53046


Reactive Solutions
3940 W. Touhy Ave
Lincolnwood, IL 60712


Recreonics, Inc.
PO Box 35310
Louisville, KY 40232


Ricchio, Inc.
1017 Vista Drive
Gurnee, IL 60031


Ricoh, USA
PO Box 802815
Chicago, IL 60680


Schaefges Brothers
851 Seton Ct.
Ste 2A
Wheeling, IL 60090


Sigma Group
1300 West Canal Street
Milwaukee, WI 53233


Spear Corporation
12966 North CR 50W
Roachdale, IN 46172


Stuckey Construction Company
2020 N. Lewis Avenue
Waukegan, IL 60087-4722


Stuckey Construction Company
2020 North Lewis
Waukegan, IL 60087

Sunbelt Rentals
1907 S. Busse Rd.
Mount Prospect, IL 60056


The Plumbers Local Union No. 130 UA
31855 N. U.S. Highway 12
Volo, IL 60073


Theresa Kiper
Granite Re, Inc.
14001 Quailbrook Drive
Oklahoma City, OK 73134


Thomas Pump
2301 East Liberty Street
Aurora, IL 60504


Travelers CL Remittance Center
PO Box 660317
Dallas, TX 75266


United Rentals
6125 Lakeview Rd
St. 300
Charlotte, NC 28269


University of Illinois
Parking Department
1201 W. University Ave.
Urbana, IL 61801


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


US Bank
PO Box 790179
Saint Louis, MO 63179


VJS Construction Services
W233 N2847 Roundy Circle West
Pewaukee, WI 53072

VJS Construction Services
W233 N2847 Round Circle West
Pewaukee, WI 53072


W-T Civil Engineering
2675 Pratum Ave
Hoffman Estates, IL 60192


West Suburban Bank
711 S. Westmore/Meyers Road
Lombard, IL 60148


Wisconsin Department of Revenue
PO Box 930931
Milwaukee, WI 53293

# United States Bankruptcy Court
## Northern District of Illinois

In re   **B&E Aquatics, Inc.** _____

_____ Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **B&E Aquatics, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cole Eshleman**
**2974 West Forest Road**
**Freeport, IL 61032**

**James Barnes**
**889 South Dwyer Ave**
**Arlington Heights, IL 60005**

☐ None [*Check if applicable*]

**April 30, 2018** _____

Date

**/s/ Bryan R. Bagdady** _____

**Bryan R. Bagdady**

Signature of Attorney or Litigant

Counsel for   **B&E Aquatics, Inc.**

**Corporate & Estate Legal Services, Ltd**
**17W220 22nd Street**
**Suite 410**
**Oakbrook Terrace, IL 60181**
**630.778.9600**
**bryan@celsinfo.com**